1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CABN 138549)
3   Chief, Criminal Division

4   KIRSTIN M. AULT (CSBN 206052)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36060
6       San Francisco, California 94102          SEALED
        Telephone: (415) 436-7151
7       Facsimile: (415) 437-7234                BY COURT ORDER

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12
                                CR      06      0644
13  UNITED STATES OF AMERICA,         )  No.
                                      )
14         Plaintiff,                 )  UNITED STATES' MOTION TO SEAL  CRB
                                      )  INDICTMENT AND [PROPOSED]
15  v.                                )  ORDER
                                      )
16  KHANH TRIEU LE, VAN HOANG         )
    ("FRANK") LAM; DANNY VAN LAM;     )  (UNDER SEAL)
17  THAO HEIU TRAN; HUYEN VAN VU;     )
    and LENNIE LUAN LE,               )
18                                    )
           Defendants.                )
19  _____  )

20
            The United States hereby moves the Court for an order sealing this Motion, the

21
    Indictment and arrest warrants, and this Sealing Order until further order of the Court.  There is

22
    an on-going investigation involving the defendants.  The United States believes that disclosure of

23
    this Motion, the indictment and arrest warrants, and this sealing order may cause the subjects of

24
    its investigation to flee, destroy evidence and/or make efforts to conceal on-going criminal

25
    activity, jeopardizing the progress of its ongoing investigation.  The United States further

26
    requests that a copy of the indictment and arrest warrants be

27
    ///
28

1    provided to agents of the Drug Enforcement Administration so that the warrants may be served

2    at the appropriate time in the investigation.

3

4    DATED: September 26, 2006                 Respectfully submitted,

5                                              KEVIN V. RYAN
                                              United States Attorney
6

7                                              _____
                                              KIRSTIN M. AULT
8                                              Assistant United States Attorney

9

10                                  **ORDER**

11          Based upon the motion of the government and for good cause shown, IT IS HEREBY

12   ORDERED that the government's motion, the indictment and arrest warrants, and this Sealing

13   Order shall be sealed until further order of the Court, except that a copy of the indictment and

14   arrest warrants shall be provided to agents of the Drug Enforcement Administration for use in

15   their investigation.

16

17

18   DATED:   9 - 26 - 2c                      _____
                                              JAMES LARSON
19                                             United States Magistrate Judge

20

21

22

23

24

25

26

27

28