KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7151
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KHANH TRIEU LE; VAN HOANG ) <br> ("FRANK") LAM; DANNY VAN LAM; ) <br> THAO HIEU TRAN; HUYEN VAN VU; ) <br> and LENNIE LUAN LE, ) <br> ) <br> Defendants. ) <br> _____ ) | No.   CR 06-00644 CRB <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 28, 2006 TO OCTOBER 25, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     On September 28, 2006, the parties appeared before the Honorable Magistrate Judge James Larson. At that appearance, defense counsel indicated that they need time to review the discovery in this case to effectively prepare for trial. The Court set the matter for an initial appearance before the Honorable Charles R. Breyer on October 25, 2006, and found that time should be exclude time from the Speedy Trial Act calculation based on the need for effective preparation of defense counsel.

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 28, 2006 to October 25, 2006.

The parties agree, and the Court finds and holds, as follows:

1. The defendants are in custody.

2. The defendants agree to an exclusion of time under the Speedy Trial Act based upon the need for effective preparation of defense counsel.

3. Counsel for the defense believes that the exclusion of time is in their clients' best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 28, 2006, to October 25, 2006, outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court: (1) sets an initial appearance before the Honorable Charles R. Breyer, on October 25, 2006 at 2:15 p.m., and (2) orders that the period from September 28, 2006, to October 25, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: October 6, 2006             /S/
GAIL SHIFMAN
Attorney for Defendant Khanh LE

DATED: October 6, 2006             /S/
MICHAEL VU
Attorney for Defendant F. LAM

DATED: October 13, 2006            /S/
SUZANNE LUBAN
Attorney for Defendant D. LAM

DATED: October 17, 2006            /S/
SETH CHAZIN
Attorney for Defendant TRAN

| | |
|---|---|
| DATED: October 6, 2006 | /S/<br>RON TYLER<br>Attorney for Defendant VU |
| DATED: October 6, 2006 | /S/<br>MIRANDA KANE<br>Attorney for Defendant Lennie LE |
| DATED: October 7, 2006 | /S/<br>KIRSTIN M. AULT<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED: October 19, 2006

JAMES
United

*IT IS SO ORDERED*
*Judge James Larson*
(Seal: United States District Court, Northern District of California)