1 | KEVIN V. RYAN (CABN 118321)
  | United States Attorney
2 |
3 | MARK L. KROTOSKI (CABN 138549)
  | Chief, Criminal Division
4 | KIRSTIN M. AULT (CABN 206052)
  | Assistant United States Attorney
5 |
6 | 450 Golden Gate Ave., Box 36055
  | San Francisco, California 94102
  | Telephone: (415) 271-3059
7 | Facsimile: (415) 436-7234
8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00644 CRB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 26, 2006 THROUGH DECEMBER 13, 2006, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| KHANH TRIEU LE, et al., | ) | |
| Defendants. | ) | |

On October 25, 2006, the parties appeared before the Honorable Charles R. Breyer. At that appearance, counsel for the United States stated that discovery was still in the process of being produced, and defense counsel indicated that they need time to review the discovery to effectively prepare for trial. The Court set the matter for a status conference before the Honorable Charles R. Breyer on December 13, 2006, and found that time should be exclude time from the Speedy Trial Act calculation based on the need for effective preparation of defense counsel.

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 26, 2006 through December 13, 2006.

1  The parties agree, and the Court finds and holds, as follows:

2  1. The defendants are out of custody.

3  2. The defendants agree to an exclusion of time under the Speedy Trial Act based upon
4  the need for effective preparation of defense counsel.

5  3. Counsel for the defense believes that the exclusion of time is in their clients' best
6  interest.

7  4. Given these circumstances, the Court finds that the ends of justice served by excluding
8  the period from October 26, 2006, through December 13, 2006, outweigh the best interest of the
9  public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

10  5. Accordingly, and with the consent of the defendants, the Court: (1) sets a status
11  conference before the Honorable Charles R. Breyer, on December 13, 2006 at 2:15 p.m., and (2)
12  orders that the period from October 26, 2006 through December 13, 2006, be excluded from
13  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15  STIPULATED:

17  DATED: 12/5/06

GAIL SHIFMAN
Attorney for Defendant Khanh LE

20  DATED:_____

DOUGLAS I. HORNGRAD
Attorney for Defendant F. LAM

23  DATED:_____

SUZANNE LUBAN
Attorney for Defendant D. LAM

26  DATED: 12-13-06

DOUG RAPPAPORT
Attorney for Defendant TRAN

1  The parties agree, and the Court finds and holds, as follows:

2  1. The defendants are out of custody.

3  2. The defendants agree to an exclusion of time under the Speedy Trial Act based upon
4  the need for effective preparation of defense counsel.

5  3. Counsel for the defense believes that the exclusion of time is in their clients' best
6  interest.

7  4. Given these circumstances, the Court finds that the ends of justice served by excluding
8  the period from October 26, 2006, through December 13, 2006, outweigh the best interest of the
9  public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

10  5. Accordingly, and with the consent of the defendants, the Court: (1) sets a status
11  conference before the Honorable Charles R. Breyer, on December 13, 2006 at 2:15 p.m., and (2)
12  orders that the period from October 26, 2006 through December 13, 2006, be excluded from
13  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15  STIPULATED:

17  DATED:_____
           GAIL SHIFMAN
18         Attorney for Defendant Khanh LE

20  DATED:_____
           DOUGLAS I. HORNGRAD
21         Attorney for Defendant F. LAM

23  DATED:_____
           SUZANNE LUBAN
24         Attorney for Defendant D. LAM

26  DATED:_____
           DOUG RAPPAPORT
27         Attorney for Defendant TRAN

28

STIP. AND PROP. ORDER RE: STA EXCLUSION
CR 06-00644 CRB                              2

1   The parties agree, and the Court finds and holds, as follows:

2   1. The defendants are out of custody.

3   2. The defendants agree to an exclusion of time under the Speedy Trial Act based upon
4   the need for effective preparation of defense counsel.

5   3. Counsel for the defense believes that the exclusion of time is in their clients' best
6   interest.

7   4. Given these circumstances, the Court finds that the ends of justice served by excluding
8   the period from October 26, 2006, through December 13, 2006, outweigh the best interest of the
9   public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

10  5. Accordingly, and with the consent of the defendants, the Court: (1) sets a status
11  conference before the Honorable Charles R. Breyer, on December 13, 2006 at 2:15 p.m., and (2)
12  orders that the period from October 26, 2006 through December 13, 2006, be excluded from
13  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: _____
                    GAIL SHIFMAN
                    Attorney for Defendant Khanh LE

DATED: _____
                    DOUGLAS I. HORNGRAD
                    Attorney for Defendant F. LAM

DATED: 12-06-2006    SUZANNE LUBAN
                    Attorney for Defendant D. LAM

DATED: _____
                    DOUG RAPPAPORT
                    Attorney for Defendant TRAN

DATED: 12/4/06

RON TYLER
Attorney for Defendant VU

DATED: _____

MIRANDA KANE
Attorney for Defendant Lennie LE

DATED: 12/13/06

ALAN A. DRESSLER
Attorney for Defendant LEI

DATED: _____

RANDY MONTESANO
Attorney for Defendant LIU

DATED: 12/13/06

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 19, 2006

CHARLES R. BREYER
United States District Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIP. AND PROP. ORDER RE: STA EXCLUSION
CR 06-00644 CRB                                                      3