KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 271-3059
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KHANH TRIEU LE, et al., ) <br> ) <br> Defendants. ) <br> ) | No.   CR 06-00644 CRB <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 13, 2006, THROUGH FEBRUARY 14, 2007, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On December 13, 2006, the parties appeared before the Honorable Charles R. Breyer. At that appearance, counsel stated that discovery was still in the process of being produced, and defense counsel indicated that they need time to review the discovery to effectively prepare for trial. The Court set the matter for a trial and motions setting conference before the Honorable Charles R. Breyer on February 14, 2007, and found that time should be exclude time from the Speedy Trial Act calculation based on the need for effective preparation of defense counsel.

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 13, 2006, through February 14, 2007.

The parties agree, and the Court finds and holds, as follows:

1. The defendants are out of custody, with the exception of Yiu Pong LIU.

2. The defendants agree to an exclusion of time under the Speedy Trial Act based upon the need for effective preparation of defense counsel.

3. Counsel for the defense believes that the exclusion of time is in their clients' best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 13, 2006, through February 14, 2007, outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendants, the Court: (1) sets a trial and motions setting conference before the Honorable Charles R. Breyer, on February 14, 2007 at 2:15 p.m., and (2) orders that the period from December 13, 2006, through February 14, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 12/13/06

GAIL SHIFMAN
Attorney for Defendant Khanh LE

DATED: 12/13/06

DOUGLAS I. HORNGRAD
Attorney for Defendant F. LAM

DATED: 12-13-06

SUZANNE LUBAN
Attorney for Defendant D. LAM

DATED: 12-13-06

DOUG RAPPAPORT
Attorney for Defendant TRAN

1
2  DATED: 12/13/06                    _____
3                                     RON TYLER
                                      Attorney for Defendant VU
4
5  DATED: 12.13.06                    _____
6                                     MIRANDA KANE
                                      Attorney for Defendant Lennie LE
7
8  DATED:_____          _____
                                      ALAN A. DRESSLER
9                                     Attorney for Defendant LEI        (9d)
10 DATED:_____          _____
11                                    RANDY MONTESANO                   (9d)
                                      Attorney for Defendant LIU
12
13
14
15
16 DATED: 12-13-06                    _____
17                                    KIRSTIN M. AULT
                                      Assistant United States Attorney
18
19 IT IS SO ORDERED.
20
21 DATED: December 20, 2006
22                                    _____
                                      CHARLES R. BREYER
23                                    United States District Judge

                                      IT IS SO ORDERED
                                      Judge Charles R. Breyer

STIP. AND PROP. ORDER RE: STA EXCLUSION
CR 06-00644 CRB                                    3