DOUGLAS I. HORNGRAD
Attorney at Law
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
VAN HOANG LAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0644 CRB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| VAN HOANG LAM, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE that following discussions with U.S. Pretrial Services, who are in agreement, that the conditions of release shall be modified in the following manner:

1). The electronic monitoring of defendant VAN HOANG LAM shall be removed; and,

2). All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: January 4, 2007                         Dated: January 4, 2007


/S/ Douglas Horngrad                           /S/ Kirstin Ault (with consent)
DOUGLAS HORNGRAD                               KIRSTIN AULT
Attorney for Defendant                         Assistant U.S. Attorney
VAN HOANG LAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0644 CRB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| VAN HOANG LAM, | |
| Defendant. | |

This matter having come before the Court upon Stipulation of the parties and the Court being advised;

IT IS ORDERED that the conditions of release shall be modified in the following manner:

1). The electronic monitoring of defendant VAN HOANG LAM shall be removed; and,

2). All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: January __8__ , 2007

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

- 2 -