1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VAN HOANG LAM

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No. CR 06-0644 CRB

12         Plaintiff,
                                      STIPULATION AND [PROPOSED]
13      v.                            ORDER RESETTING DISCOVERY
                                      MOTION HEARING
14 VAN HOANG LAM,

15         Defendant.
   _____/
16

17     THE PARTIES HEREBY STIPULATE and request that the December 11, 2007,

18 hearing date for Mr. Lam's discovery motion be vacated and reset to January 8, 2008, at

19 10:30 a.m.  The reason for this stipulated request is that Assistant United States Attorney

20 Kirstin Ault is unable to complete her brief due her being engaged in a jury trial that lasted

21 longer than anticipated.

22

23     Dated: December 5, 2007                     Dated: December 5, 2007

24

25     /s/ Douglas Horngrad                        /s/ Kirstin Ault (with consent)
       DOUGLAS HORNGRAD                            KIRSTIN AULT
26     Attorney for Defendant                      Assistant U.S. Attorney
       VAN HOANG LAM
27

28

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-0644 CRB |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RESETTING DISCOVERY MOTION HEARING |
| VAN HOANG LAM, | |
| Defendant. | |
| _____/ | |

This matter having come before the Court upon stipulation of the parties and the Court being advised,

IT IS ORDERED that the December 11, 2007, hearing date for Mr. Lam's discovery motion be vacated and reset to January 8, 2008, at 10:30 a.m.

Dated: December   6  , 2007

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*